IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

WOLFE FINANCIAL INC., et al., )
)
    Plaintiffs and )
    Counter-Defendants, )
)
v. ) 1:17CV896
)
JOHN RODGERS, et al., )
)
    Defendants and )
    Counter-Claimants. )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on April 17, 2018, was served on the parties in this action. No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Mathosian's Preliminary Injunction Motion (Doc. 35) is DENIED.

                                      /s/   Thomas D. Schroeder
                                  United States District Judge

May 14, 2018