IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

WOLFE FINANCIAL, INC., d/b/a )
INTEGRITY MORTGAGE GROUP, et al., )
                                  )
            Plaintiffs,           )
                                  )
    v.                            )    1:17CV896
                                  )
JOHN RODGERS, et al.,             )
                                  )
            Defendants.           )

## JUDGMENT

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on January 15, 2019, was served on the parties in this action. No objections were filed within the time limits prescribed by section 636. However, on January 18, 2019, Counterclaim Plaintiffs Prime Mortgage Lending, Inc., and John Rodgers, filed a stipulation dismissing with prejudice all claims in their counterclaim. (Doc. 91.) On January 22, 2019, Plaintiffs Wolfe Financial, Inc. d/b/a Integrity Mortgage Group, Matthew Mathosian, and Marian Siemering filed a stipulation dismissing with prejudice all claims against Defendants Prime Mortgage Lending, Inc., John Rodgers, Patrick Milligan, Darrell Sparks, Tina Sparks, and Jared Sparks. (Doc. 92.)

Accordingly, the court has reviewed and hereby adopts the Magistrate Judge's Recommendation as it relates to "Defendants' Rule 12(b)(6) Motion to Dismiss Second Amended Complaint" (Doc.

71) filed by Eli Global, LLC, Greg Lindberg, and TAC Investments, LLC, which was not subject to the above stipulations.

IT IS THEREFORE ORDERED AND ADJUDGED that "Defendants' Rule 12(b)(6) Motion to Dismiss Second Amended Complaint" (Doc. 71) filed by Eli Global, LLC, Greg Lindberg, and TAC Investments, LLC, is GRANTED and that those claims are DISMISSED, and that all other motions are MOOT.

/s/ Thomas D. Schroeder
United States District Judge

February 1, 2019

2

Case 1:17-cv-00896-TDS-LPA   Document 93   Filed 02/01/19   Page 2 of 2